

1551 S Washington Ave, Ste. 402 A
Piscataway, NJ 08854
Phone: (732) 745-0786
Fax: (732) 909-2773
URL: http://www.first-tek.com

## EMPLOYMENT AGREEMENT

THIS AGREEMENT made this **June 03, 2010**, by and between **Jin Wow Lee** ("Employee"), **Software Engineer** and **First Tek, Inc.** ("Company"), with its corporate offices located at 1551 S Washington Avenue, Suite 402 A, Piscataway, NJ 08854.

WHEREAS, the Company is in the business of providing software development and consulting services;

WHEREAS, the Employee wishes to be employed with the Company on W-2 basis to perform software consulting services;

WHEREAS, the Employee is aware that the Company is expending and investing substantial resources related to the employing of the Employee and locating an assignment or project.

NOW, THEREFORE, in consideration of the promises hereinafter made and to induce the parties into entering into an Employment Agreement, the parties agree as follows, intending to be legally bound hereby:

### Engagement

The Employee represents that Employee is not in any way restricted from entering into this Agreement, including by prior or existing agreement with any other person or entity, and hereby agrees to indemnify, defend (including paying the Company reasonable attorney's fees and any and all other foreseeable costs) and hold the Company harmless with respect to all claims and suits as a result of any such prior or existing agreement. The Company hereby retains the Employee to provide computer consulting services for clients, vendors, customers, end-client or end-users. The Employee agrees to the best of the Employee's ability to perform and render such services including but not limited to attending and participating in interviews and providing software consulting services for Company's clients, end-users and end-clients. The Employee shall devote all of the Employee's working time to such services and duties. The Employee shall discharge the Employee's responsibilities pursuant to this Agreement competently, carefully and faithfully. In performance of the Employee's duties, the Employee shall comply with any and all of the Company's policies, rules, procedures and all applicable local, state and federal laws, rules, regulations, statutes, ordinances and other provisions of law and shall maintain a standard of professional conduct that is acceptable to Company.

### Term

The initial term of the Agreement shall be for the duration of the project at the client location.

### Employment Eligibility

Every new employee needs to fill in the "I-9" form to be eligible to work with First Tek. Every employee also needs to provide copies of documents verifying his/her name, address, Social Security Number and other contact details. First Tek needs to have copies of the following documents to verify the Employee's Legal and Work Authorization status in the country:

- Social Security Card
- Passport and I-94
- Work Authorization Document or Visa

Employee Initials ----*SLL*----



1551 S Washington Ave, Ste. 402 A
Piscataway, NJ 08854
Phone: (732) 745-0786
Fax: (732) 909-2773
URL: http://www.first-tek.com

- Driver's License

## Termination

This Agreement may be terminated by the Company with or without cause with no advance written or oral notice to the Employee. The Employee may terminate this Agreement by providing thirty (30) working days advance written notice to the Company.

## Compensation and Benefits

Company shall pay the Employee a salary based at a rate of **$42** per hour which is inclusive of salary and all other expenses, commencing on the first day worked on a Company assignment or project. The Employee has to submit Timesheets that were approved and signed by the Manager at the client location where he/she is performing project work. The Employee acknowledges that Company cannot collect payments without signed and approved Timesheets and cannot pay the Employee without the approved and signed Timesheets. The salary compensation shall be paid in accordance with the Company's normal payroll practice. During the period in which the Employee performs services under this Agreement, the Employee acknowledges that the Company shall not provide the Employee with any medical insurance or unpaid vacation which is in accordance with the Company's policies and procedures.

## Non-Competition

The Employee acknowledges that Company provides a valuable service by identifying and generating sales and/or employment opportunities. The Employee further acknowledges that Company would be deprived of the benefits of its services if Employee were to directly contact with Company's clients after he/she has been introduced to such clients by Company. Therefore, during the term of this Agreement and for a period of twelve (12) months after the term of this agreement, Employee will not directly or indirectly, through any person or entity:

a) Engage in any activity or take any action which may detract from Company's business opportunities with Company's clients or Clients of Company's clients.

b) Solicit and/or contract to perform the services contemplated by this Agreement with any of Company's Clients for which Consultant has performed services under this Agreement.

## Confidentiality

The Employee realizes that Company or Company's clients may disclose to the Employee confidential information related to the business processes, apparatus, products, researches, research programs or any and all other information considered proprietary in nature. In consideration of the terms of this Agreement, Consultant agrees that any confidential information, including but not limited to, written embodiment thereof, is the property of Company or Company's clients and is to be held by Employee in trust solely for Company or Company's client's benefit and shall not be used or disclosed to others at any time during or after termination of this Agreement. All original material including programs, disks, card decks, tapes, listings and other programming documentation originated and prepared for Company or Company's clients and all materials deemed to contain confidential information that are in the possession of Employee including copies, note extracts, etc. of any kind are to be returned to Company or Company's client. The foregoing obligation of confidentiality does not include information which (i) Employee can show was already in its possession prior to disclosure by Company or Company's client (regardless of whether such disclosure is prior to, on or after the date of this Agreement), (ii) is or becomes generally available to the public other than as a result of a disclosure by Employee, (iii) becomes available to Employee on a non-confidential basis from a source other than Company or Company's client, which source is not prohibited from disclosing the information to Contactor by a legal, contractual, fiduciary or other obligation to Company or Company's client, (iv) Employee can show was independently developed by Employee without the use of any confidential information of Company or Company's client or the involvement of Consultant who was privy to the confidential information of Company or Company's client, or (v) is required by law or regulations (including but not limited to securities laws or regulations) to be disclosed.

Employee Initials ------

3



1551 S Washington Ave, Ste. 402 A
Piscataway, NJ 08854
Phone: (732) 745-0786
Fax: (732) 909-2773
URL: http://www.first-tek.com

### Miscellaneous

This Agreement has been executed and delivered in and shall be interpreted, construed and enforced pursuant to and in accordance with the laws of the State of New Jersey, without effect through conflicts of law.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date above first written.

Signature: EMPLOYEE

Signature: COMPANY

**Jin Wow Lee**
Print/Type Name

**Doreen Villaverde/ Manager, Human Resources**
Name/Title

Date: 6/4/2010

Date: 6/7/2010

| Address: | SSN#: |
| | Cell Phone: |
| | Work Phone: |
| | E-Mail: |

Employee Initials